UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-12322-RGS

JOSHUA EDWARD LEWIS

v.

GEORGE DEMOS

ORDER

December 18, 2018

STEARNS, D.J.

Plaintiff Joshua Edward Lewis ("Lewis") initiated this civil rights action while he was in custody at the Souza Baranowski Correction Center. At that time, he filed a complaint accompanied by motions for service, for appointment of counsel, for waiver of initial costs and for leave to proceed *in forma pauperis*.

In his one-page motion for waiver of initial costs, dated November 2, 2018, Lewis states that his discharge date from state custody is November 14, 2018. *See* Docket No. 3. He further states that upon release he will be homeless. *Id.*

A search of the on-line inmate locator reveals that Lewis is no longer in custody. *See* Vinelink Inmate Locator, http://www.vinelink.com (last visited Dec. 17, 2018).

Although Lewis may not have a permanent address, he failed to advise the Court of his release as required under this Court's local rules. *See* District of Massachusetts Local Rule 83.5.2(e) (requiring *pro se* litigants to notify the clerk of any change of address).

The Supreme Court has recognized that district courts have inherent power to dismiss cases for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

The fact that Lewis has not kept the Court advised of his current address suggests that he may have decided not to press his claim. The Court is not required to delay disposition in this case until such time as plaintiff decides to comply with the requirement of providing his current address.

ACCORDINGLY, this action is dismissed without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A copy of this Order will be mailed to Lewis at the address shown on the docket sheet and on his pleadings.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE